# Exhibit A

Click to Print                                         Printed on: 2/25/2021 13:52:56 GMT-0500 (Eastern Standard Time)

**Case History Search**

Search Created:
2/25/2021 13:52:56 GMT-0500 (Eastern
Standard Time)

---

| | | | |
|---|---|---|---|
| **Court:** | DE Superior Court-New Castle County | **Judge:** Jones, Francis J | **File & ServeXpress Live Date:** 7/9/2020 |
| **Division:** | | **Case Number:** N20C-07-085 FJJ | **Document(s) Filed:** 23 |
| **Case Type:** | CMIS - Civil Miscellaneous | **Case Name:** Jarrod Wachowski v. Delivery Circle, LLC | **Date Range:** All |

1-11 of 11 transactions   <<Prev  Page 1 of 1   Next>>

| Transaction | ▼Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|---|
| 66355562 | 2/19/2021 2:56 PM EST | File And Serve | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Francis J Jones Jr, DE Superior Court-New Castle County | 11 | Order | So Ordered (Stipulation and [Proposed Order] Substituting Counsel, withdrawing the appearance of Chad S.C. Stover and Barnes & Thornburg, LLP as counsel for Defendant Delivery Circle and entering the appearance of Jennifer C. Jauffret, Lori A. Brewington and Richards, Layton & Finger, P.A. as counsel for defendant Delivery Circle, with attached certificate of service) • Linked to (1) | Accepted | 0.2MB |
| 66353723 | 2/19/2021 10:14 AM EST | File And Serve | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Lori A Brewington, Richards Layton & Finger PA-Wilmington | 10 | Substitution of Counsel; Judges signature required | Stipulation and [Proposed Order] Substituting Counsel, withdrawing the appearance of Chad S.C. Stover and Barnes & Thornburg, LLP as counsel for Defendant Delivery Circle | Accepted | 0.2MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | and entering the appearance of Jennifer C. Jauffret, Lori A. Brewington and Richards, Layton & Finger, P.A. as counsel for defendant Delivery Circle, with attached certificate of service • Linked to (2) • Linked from (1) | | |
| 66315036 | 2/5/2021 4:59 PM EST | File And Serve | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Chad Stover, Barnes & Thornburg LLP-Wilmington | | 9 | Entry of Appearance | Entry of Appearance of Chad S.C. Stover on Behalf of Defendant • Linked to (2) • Linked from (1) | Accepted | 0.1MB |
| | | | | | | | Certificate of Service | Certificate of Service re: Entry of Appearance of Chad S.C. Stover on Behalf of Defendant | Accepted | 0.1MB |
| 66268931 | 1/20/2021 10:57 AM EST | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Patrick C Gallagher, Jacobs & Crumplar PA | | 8 | Notice | Notice of Motion for Default Judgment | Accepted | 0.1MB |
| | | | | | | | Certificate of Service | Certificate of Service for Amended Notion of Motion for Default Judgment | Accepted | 0.1MB |
| 66266032 | 1/19/2021 1:24 PM EST | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Patrick C Gallagher, Jacobs & Crumplar PA | | 7 | Motion for Default Judgment - 55(b) (2) | Motion for Default Judgment | Accepted | 0.1MB |
| | | | | | | | Proposed Order | Proposed Order for Motion for Default Judgment | Accepted | 0.1MB |
| | | | | | | | Certificate of Service | Certificate of Service for Motion for Default Judgment | Accepted | 0.1MB |
| | | | | | | | Exhibits | Exhibit A | Accepted | 0.3MB |
| | | | | | | | Exhibits | Exhibit B | Accepted | 0.3MB |
| 66057103 | | | | | | 6 | Sheriffs Return | | Accepted | 0.1MB |

| | 10/27/2020 1:56 PM EDT | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Sheriff New Castle County, New Castle County DE Sheriffs Office | | | WRIT RETURN - DELIVERY CIRCLE, LLC - Corporation or Business Without A Registered Agent Served 10-22-2020 08:34 • Linked from (1) | | |
| 66019819 | 10/14/2020 12:34 PM EDT | File And Serve | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Lisa LG Gonzalez, DE Superior Court-New Castle County | 5 | Writ(s) Issued | (1) Alias writ issued on 10-14-2020. | Accepted | 0.1MB |
| 65982509 | 10/1/2020 4:49 PM EDT | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Patrick C Gallagher, Jacobs & Crumplar PA | 4 | Alias Praecipe | Alias Praecipe | Accepted | 0.1MB |
| | | | | | | Alias Summons | Alias Summons | Accepted | 0.1MB |
| | | | | | | Certificate of Service | Certificate of Service for alias docs | Accepted | 0.1MB |
| 65940920 | 9/17/2020 12:46 PM EDT | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Sheriff New Castle County, New Castle County DE Sheriffs Office | 3 | Sheriffs Return | WRIT RETURNED - Non Est Inventus AS TO DELIVERY CIRCLE, LLC ON 09-15-2020; MAINTENANCE SUPERVISOR FOR DELLE DONNE ADVISED THAT DEF AND HIS BUSINESS NO LONGER HAVE AN OFFICE AT THIS LOCATION. NON EST RJS | Accepted | 0.1MB |
| 65919264 | 9/10/2020 2:17 PM EDT | File And Serve | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Lisa LG Gonzalez, DE Superior Court-New Castle County | 2 | Writ(s) Issued | (1) WRIT ISSUED on 9-10-20 | Accepted | 0.2MB |
| 65756851 | 7/9/2020 2:30 PM EDT | File Only | N20C-07-085 FJJ Jarrod Wachowski v. Delivery Circle, LLC | Patrick C Gallagher, Jacobs & Crumplar PA | 1 | Complaint | Complaint • Linked from (2) | Accepted | 0.2MB |
| | | | | | | Case Information Statement | Case Information Statement | Accepted | 0.1MB |
| | | | | | | Summons | Summons | Accepted | 0.1MB |
| | | | | | | Praecipe | Praecipe | Accepted | 0.1MB |
| | | | | | | Exhibits | Executed FLSA Consent Form | Accepted | 0.1MB |

1-11 of 11 transactions   <<Prev   Page 1 of 1   Next>>

EFiled:  Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JARROD WACHOWSKI,             )
                                        )
        Plaintiff,             )
                                          )     C.A. N20C-07-___
        v.                 )
                                          )     JURY TRIAL DEMANDED
DELIVERY CIRCLE, LLC, a Delaware    )
limited liability company,        )
                                          )
        Defendant.      )

## COMPLAINT

### The Parties

1.    Plaintiff Jarrod Wachowski ("Wachowski") was, at all times relevant, a resident of New Castle County, Delaware.

2.    Defendant Delivery Circle, LLC ("Defendant") was, at all times relevant, a Delaware limited liability company with its principal place of business in New Castle County, Delaware. Defendant operates a courier service.

### Wachowski's Employment With Defendant

3.    Wachowski started working for Defendant in January 2017.  Defendant contended Wachowski was an independent contractor, but Wachowski was actually an employee. Wachowski signed a contract setting forth the terms of his employment with Defendant.

4.    Between January 2017 and the Spring of 2018, Wachowski transported orders for Defendant.  He exclusively transported deliveries of blood for the Blood Bank of Delmarva.  He delivered blood to hospitals in Maryland, Pennsylvania, and New Jersey.  Wachowski used his own personal vehicle as a courier for Defendant.  Defendant paid nothing toward maintenance of Wachowski's vehicle.  Wachowski did not, at any relevant time, have a Commercial Driver's License ("CDL") as he drove his personal vehicle for Defendant.

5.      Orders or assignments were sent to Wachowski via email.  He could decline an order if he wanted to do so.  The email also contained an estimated amount of pay Wachowski would receive for each order.  As it was an estimate, the actual payout could vary up or down. Wachowski would typically travel for two orders per night.

6.      Wachowski was not paid for driving from his residence to the pickup location nor was he paid to return from the dropoff location unless he brought a backhaul.  Similarly, Defendant only reimbursed Wachowski for the tolls on the way to the dropoff location unless he had a backhaul.

7.      Wachowski was paid weekly.  He was paid for work performed between Thursday at 12:01 a.m. and the following Wednesday at 12:00 a.m. on the Friday immediately following that Wednesday.  Defendant would only pay Wachowski through PayPal, and PayPal took a percentage of what he was paid by Defendant.  PayPal then took an additional percentage of whatever amount Wachowski transferred to his bank account.

8.      As the foregoing illustrates, Wachowski was not paid based upon the minimum wage nor was he paid any overtime.  Instead, his wage for running orders was based upon an estimate that was tied to mileage.

**Wachowski Becomes An "Anchor"**

9.      Starting in the Spring of 2018, Wachowski was paid an additional $25.00 per day to work as an "anchor" for Defendant.  This $25.00 per day was paid to Wachowski monthly.  At this point, Defendant forced Wachowski to get an Employer Identification Number from the IRS even though Wachowski was not operating as or through an artificial entity.

10.     As an anchor, Wachowski was on call from 8:00 p.m. until 4:00 a.m., Monday through Friday, and, if he declined an order, he was subject to losing his role as an "anchor."  If

2

Wachowski received an order at 3:30 a.m. or later, he still had to accept the order even though he was only "on call" until 4:00 a.m.  He was not paid overtime if he worked past 4:00 a.m.

### July 27, 2019 Incident

11.     On July 27, 2019, which was a Saturday and Wachowski's day off, his supervisor, Dan Glover ("Glover"), the Client Revenue Officer of Defendant, called Wachowski.  Glover asked Wachowski if Wachowski wanted to make some extra money driving a van that day.

12.     Unlike his usual deliveries for the Blood Bank of Delmarva, Glover told Wachowski that he would be delivering trees and shrubs for an outfit called Bloomscape.  Glover told Wachowski he would be making a delivery to Maryland and a subsequent delivery in Connecticut.

13.     On the night of July 26, 2019, during Wachowski's usual Blood Bank of Delmarva shift, he had been asked by Defendant to deliver some Bloomscape goods to a couple of people via his car.  Wachowski received a positive review from one of the people who had received a delivery, and Glover used this positive review to persuade Wachowski to make the deliveries on July 27.

14.     When Wachowski arrived in Newark, Delaware, to get the van as he had been directed, there was no van in sight.  There was, however, a 26-foot box truck full of Bloomscape products.  There were also Bloomscape products in the parking lot.  Wachowski was initially told by Defendant that they were going to rent a van and transfer the Bloomscape goods from the box truck to the van.

15.     Wachowski had to wait to start his delivery.  Defendant told Wachowski that he would be paid $20.00 per hour, and Wachowski agreed to this term.  He was told the deliveries would take 7-8 hours roundtrip.

3

16.     Wachowski was further told that he did not a special license to drive the box truck. Before departing, Wachowski asked Defendant if he needed anything else.   Glover told Wachowski that all he needed was to drive the truck to the destinations.  Defendant did not supply Wachowski with a GPS device, and Wachowski had to use his cellular telephone for GPS.

17.     Wachowski was sent the address for the first dropoff location in Maryland. Defendant would not send him the Connecticut address ahead of time.  After successfully dropping off the first delivery in Maryland, Defendant called Wachowski and asked him to stop on Long Island, New York.

18.     Prior to July 27, 2019, Wachowski had told Defendant that he was not willing to accept runs or deliveries into New York City.  One of Wachowski's supervisors, Ralph, was aware of this and always found someone else to make runs into New York City.

19.     Unfamiliar with New York City and the surrounding area, Wachowski followed his GPS.  Although he passed a sign that indicated trucks were not permitted on the Belt Parkway, he thought he had avoided getting on the Belt Parkway when he took a right turn because signage indicated the left exit was for the Belt Parkway.  When he made the right turn, he had to follow a detour, which resulted in Wachowski driving on the Belt Parkway.  Wachowski assumed the sign he had seen about no trucks on the Belt Parkway only applied to that particular exit.

20.     As he was driving on the Belt Parkway, other motorists were honking at him, but he did not know the reason.  At one point, his truck, which was approximately 12-foot, 7-inches high, clipped one of the low pedestrian bridges on the Belt Parkway.  Wachowski called Ralph and Glover to tell them what had happened.  The men instructed Wachowski to continue his run.

21.     At some point, Wachowski realized he was being pursued by a tow truck.  The tow truck pulled in front of Wachowski and stopped to prevent Wachowski from driving his truck under a bridge that only had clearance of 12-feet, 2 inches.

22.     Because this incident stopped all traffic on the Belt Parkway, the police were called.  The police asked Wachowski for the USDOT number for the truck.  The police ultimately called Glover asking for driver logs and the USDOT number.  Wachowski was able to hear Glover on the other end of the telephone telling the police that Glover did not know what a USDOT number was.  The officer informed Wachowski that the truck had to be registered if it was going in excess of 200 miles for business.

23.     Unaware of limits for driving such trucks, Wachowski had been driving for over 9 hours by the time he was stopped on the Belt Parkway.

24.     The police officers backed the truck off of the Belt Parkway and then issued six citations to Defendant.  One of the citations was for an inoperable headlight.  The officer indicated they were not citing Wachowski because Wachowski was not at fault.  The police then had the truck towed away because of damage to the truck.  The police then took Wachowski to a diner to get something to eat.

25.     Wachowski later called Glover to ask how Defendant was getting Wachowski home to Delaware.  Glover told Wachowski that Wachowski's wife would have to go pick him up.  Glover was mad that the tickets from the police were issued in Defendant's name and insisted the tickets should have issued against Wachowski.

26.     Wachowski text the driver he was supposed to meet to tell him where the truck had been towed.  Wachowski sent a text message to Michael Perez, the Operations Manager at Defendant to let him know where the truck had been towed.

27.    Wachowski gave the paperwork relating to the incident in New York on July 27 to Defendant on or about July 29, 2019.

28.    As Wachowski later learned, Defendant rented the truck from Penske and had not listed Wachowski as an authorized user of the truck.

29.    On or about August 6, 2019, Glover called Wachowski and told him Wachowski was responsible to Penske for the damage to the truck.  Wachowski protested that he was not responsible for the damage bill, and Glover said he was going to send it to the "smart people" to figure it out.  Glover also said they were going to have the citations re-issued in Wachowski's name.  Glover said they were going to get attorneys involved.  Finally, Glover said there would be no payment for the Bloomscape delivery and no reimbursement for tolls and gasoline.

30.    Penske started calling Wachowski, presumably about the damage bill, but Wachowski never answered the phone.

**Defendant Begins Withholding Pay From Wachowski For His Blood Bank Routes**

31.    Wachowski was supposed to be paid on August 2, 2019, for his usual route for the Blood Bank of Delmarva.  He was not paid and was told it was an "accounting issue."  Other friends who worked for Defendant for Blood Bank of Delmarva were paid that day.

32.    Wachowski told Defendant he would not work until he was paid.  Defendant paid Wachowski what he was owed on August 2, 2019, five calendar days later on August 7, 2019.

33.    Wachowski was paid timely on August 9, 2019, for his Blood Bank of Delmarva orders.

34.    Defendant again did not pay Wachowski on August 16, 2019, for his Blood bank of Delmarva orders.  Wachowski had to contact Defendant and was finally paid five calendar days later on August 21, 2019.

35.     Wachowski was paid timely on August 23, 2019, for his Blood Bank of Delmarva orders.

36.     On August 30, 2019, Wachowski was due his monthly fee for working as an anchor as well as for the orders he ran.  Wachowski was only paid $150.00 rather than the $443.75 he was owed.   In other words, Defendant shorted Wachowski's pay by $293.75.   Wachowski again contacted Defendant, and Defendant said they would fix it if he filled out a Payment Discrepancy Form.

37.     Around this time, Wachowski was communicating with Defendant by email and said he would not make himself available to work when he was not being paid.

38.     On or about September 5, 2019, Defendant emailed Wachowski saying Glover and Reed wanted to talk to Wachowski about his paychecks on Friday, September 6, 2019.  Wachowski believed all issues with his pay were about to be resolved.

39.     Pursuant to the September 5, 2019 email, Wachowski signed into a "Google Hang Out" on September 6, 2019.  Glover told Wachowski there was a $4,000 Penske bill that needed to be resolved.  Glover asked Reed if Wachowski had been suspended, and Reed responded he had not.  Glover then said he was suspending Wachowski until Wachowski paid for the Penske truck damage.  Wachowski again disputed being responsible for the damage bill for the Penske truck, and Glover again said "smart people" need to figure this out.  Wachowski told the men he thought what they were doing was illegal.  The men said other employees had tried this and lost.

40.     During this conversation, Wachowski offered to give up the hourly rate for the Bloomscape run if Defendant would just reimburse him for his tolls and gasoline.  Glover refused and said Wachowski was not going to be paid for the Bloomscape order or Wachowski's Blood Bank of Delmarva orders.

41.     On September 6, 2019, Wachowski was not paid for any of his Blood Bank of Delmarva orders.

42.     On September 13, 2019, Wachowski was paid for one order he ran on September 5, 2019.

43.     To date, Wachowski has still not been paid all that he was owed.

### COUNT I – BREACH OF CONTRACT

44.     Plaintiff reincorporates all preceding allegations by reference as though they are specifically stated in this Count.

45.     Plaintiff had agreements with Defendant to:

    a.   Be paid for orders he ran for the Blood Bank of Delmarva; and

    b.   Be paid $20.00 per hour plus reimbursements for tolls and gasoline for the July 27, 2019, Bloomscape deliveries.

46.     Plaintiff performed his obligations under the agreement to run orders for the Blood Bank of Delmarva, yet Defendant has refused to pay him for all of the orders he ran following July 27, 2019.

47.     Plaintiff substantially performed his obligations under the agreement to make the Bloomscape deliveries on July 27, 2019.  What performance was lacking was due to the failure of Defendants to provide Wachowski with proper guidance and equipment to make deliveries on their behalf.  Nonetheless, Defendant has failed to pay Wachowski pursuant to their agreement related to the Bloomscape deliveries.  Defendant has gone further and seeks to force Wachowski to pay for the damage to the Penske truck caused by Defendant's own acts and omissions.

### COUNT II – VIOLATION OF DELAWARE WAGE PAYMENT & COLLECTION ACT

48.     Plaintiff reincorporates all preceding allegations by reference as though they are specifically stated in this Count.

49.     The Delaware Wage Payment & Collection Act ("DWPCA"), 19 Del. C. § 1101, et seq., applies to this situation.  Wachowski was an "employee" as that term is defined in the DWPCA, and Defendant was an "employer" as that term is defined in the DWPCA.

50.     Defendant breached its obligations to Wachowski under the DWPCA in at least the following ways:

       a.     Insisting that Plaintiff be paid through PayPal rather than in lawful money of the United States or checks in violation of 19 Del. C. § 1102(a);

       b.     Failing to pay all wages due to Plaintiff within 7 days of the close of the pay period in violation of 19 Del. C. § 1102(b);

       c.     Failing to pay all wages due to Plaintiff on the next regularly scheduled payday after Plaintiff was suspended in violation of 19 Del. C. § 1103(a);

       d.     Failing to unconditionally pay Plaintiff the wages he was due in violation of 19 Del. C. § 1104;

       e.     Wrongfully withholding Plaintiff's wages in violation of 19 Del. C. § 1107;

       f.     Failing to pay Plaintiff his benefits or wage supplements in the form of reimbursement for expenses from his orders for the Blood Bank of Delmarva and the Bloomscape deliveries;

       g.     Willfully violating the DWPCA in violation of 19 Del. C. § 1112(a);

       h.     Engaging in retaliatory discrimination against Wachowski for telling Defendant that what they were doing about his pay was illegal in violation of 19 Del. C. § 1112(b);

9

51.     Wachowski is therefore entitled to liquidated damages, civil penalties, costs, and attorneys' fees under the DWPCA.

### COUNT III – VIOLATION OF DELAWARE MINIMUM WAGE LAW

52.     Plaintiff reincorporates all preceding allegations by reference as though they are specifically stated in this Count.

53.     Wachowski was an "employee" as defined in 19 Del. C. § 901, and Defendant was an employer as defined in 19 Del. C. § 901.

54.     From June 1, 2015, until December 31, 2018, the minimum wage rate in Delaware was $8.25 per hour.

55.     From January 1, 2019, until September 30, 2019, the minimum wage rate in Delaware was $8.75 per hour.

56.     The estimated payouts in the orders that Wachowski received by email were based upon mileage rather than time.  If Wachowski did not have a backhaul, he was not paid for the time it took to travel from his dropoff location to his residence.  Thus, he was not always paid in accordance with the Delaware minimum wage.

57.     Wachowski is entitled to civil penalties, actual damages, costs, and attorneys' fees pursuant to 19 Del. C. §§ 910 & 911.

### COUNT IV – VIOLATION OF THE FAIR LABOR STANDARDS ACT

58.     Plaintiff reincorporates all preceding allegations by reference as though they are specifically stated in this Count.

59.     Defendant misclassified Wachowski as an independent contractor as Wachowski was actually an employee.

60.     When Wachowski was making runs for the Blood Bank of Delmarva, particularly as an "anchor," he was required to go on the run or order when it came in.  He was unable to choose to decline the order or to choose when he would make the order.  He was unable to engage in any other meaningful personal or professional activities while he was on call for Defendant.  Wachowski had to wait for orders to come in from Defendant.  Once the order came through, he operated under time limits pertaining to when he had pick up the order and deliver the order.

61.     Wachowski's opportunity for profit or loss was fixed and determined solely by Defendant.  Factors such as traffic, the size of the load vis-à-vis his vehicle, the condition of the product upon delivery, the timing of the delivery, whether dispatch called him for a run, and the availability of a backhaul all affected how much money Wachowski would be paid.

62.     Other than the trip to New York on July 27, 2019, Wachowski provided the equipment for the work for Defendant.  On the trip to New York on July 27, 2019, Wachowski was provided with the truck.

63.     No special skill was required for the job other than the ability to drive.  At times, Wachowski was told a particular order was urgent.

64.     Wachowski had been promoted by Defendant.  He started out as a courier and worked his way up to be an "anchor."  He was with the company for over two years.  Wachowski was not working for any other company while he was working for Defendant.  Defendant hired Wachowski because he worked for the previous company providing courier services to the Blood Bank of Delmarva and had experience.

65.     Defendant is exclusively a courier service.  Wachowski's role as a courier is integral to Defendant's business.  Couriers were the core of Defendant's business.

66.     Defendant failed to pay Wachowski the minimum wage required by 29 U.S.C. § 206 for, at a minimum, the time he was on call, including times when he was at home waiting for orders and when he was delivering orders.

67.     Defendant failed to pay Wachowski the overtime compensation required by 29 U.S.C. § 207 for, at a minimum, the time he was on call, including times when his deliveries went past 4:00 a.m. and he worked more than 40 hours per week.

68.     Defendant failed to pay Wachowski the minimum wage and overtime compensation under the Fair Labor Standards Act for the ill-fated trip to New York on July 27, 2019.

69.     Pursuant to 29 U.S.C. § 216, Defendant is liable to Wachowski for the amount of unpaid minimum wages, the amount of unpaid overtime compensation, plus an equal amount in liquidated damages.  Defendant is also liable for Wachowski's costs and attorney's fees.

WHEREFORE Plaintiff Jarrod Wachowski respectfully requests this Court:

A.      Enter judgment in his favor and against Defendant Delivery Circle, LLC;

B.      Award him compensatory damages as he can prove;

C.      Award him expectation damages as he can prove;

D.      Award him damages for violations of the DWPCA, including liquidated damages under 19 Del. C. § 1103(b) for delaying and/or failing to pay wages timely;

E.      Award him a civil penalty of up to $15,000 for violations of 19 Del. C. § 910(a) & 19 Del. C. § 1112(a) & (b);

F.      Award him actual damages under 19 Del. C. § 911(a);

G.      Award him unpaid minimum wage, unpaid overtime compensation, and an additional equal amount in liquidated damages under 29 U.S.C. §216;

H.      Award him costs and attorneys' fees pursuant to 19 Del. C. § 911(a), 19 Del. C. §

1113(c), & 29 U.S.C. § 216;

I.      Award him pre- and post-judgment interest; and

J.      Grant such other relief as the Court deems appropriate.

**JACOBS & CRUMPLAR, P.A.**

 /s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE Bar 5170)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) (302) 656-5445
(f) (302) 656-5875

DATE:  July 9, 2020                    *Attorney for Plaintiff*

EFiled:  Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: **N**    K    S        CIVIL ACTION NUMBER:    N20C-07-

CIVIL CASE CODE:    CMIS        CIVIL CASE TYPE:  Civil Miscellaneous

(SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| JARROD WACHOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>DELIVERY CIRCLE, LLC, a Delaware limited liability company,<br><br>Defendant. | Name and Status of Party filing document:<br>Jarrod Wachowski, Plaintiff<br><br>Document Type: (E.G. COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>  Complaint<br><br>Non-Arbitration   X        eFile   x<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ____  Mediation ___  Neutral Assessment ____<br><br>DEFENDANT (Circle One)   **ACCEPT**    **REJECT**<br><br>JURY DEMAND   X    YES _____ NO<br><br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br><br>EXPEDITED   **STANDARD**   COMPLEX |
| ATTORNEY NAME(S):<br><br>Patrick Gallagher<br><br>ATTORNEY ID(S):<br><br> DE BAR ID #5170<br>FIRM NAME:<br><br>Jacobs & Crumplar, P. A.<br>ADDRESS:<br><br>750 Shipyard Drive<br><br>Suite 200<br><br>Wilmington, DE 19801<br>TELEPHONE NUMBER:<br><br>(302) 656-5445<br>FAX NUMBER:<br><br>(302) 656-5875<br>E-MAIL ADDRESS: **Pat@jcdelaw.com** | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>   N/A<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 9/2003

**EFiled:  Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. N20C-07-___ |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELIVERY CIRCLE, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**SUMMONS**

**THE STATE OF DELAWARE,
TO THE SHERIFF OF NEW CASTLE COUNTY:
YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose address is 750 Shipyard Dr., Suite 200, Wilmington, DE 19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: _____

_____
Prothonotary Lisa Gonzalez

_____
Per Deputy

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service of hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: _____

_____
Prothonotary Lisa Gonzalez

_____
Per Deputy

EFiled:  Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JARROD WACHOWSKI,                    )
                                     )
        Plaintiff,                   )
                                     )        C.A. N20C-07-___
        v.                           )
                                     )        JURY TRIAL DEMANDED
DELIVERY CIRCLE, LLC, a Delaware     )
limited liability company,           )
                                     )
        Defendant.                   )

### PRAECIPE

TO:    Lisa Gonzalez, Prothonotary
       Leonard L. Williams Justice Center
       500 north King Street
       Wilmington, DE  19801

       Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint upon Defendant Delivery Circle, LLC, by serving its

registered agent, Vijaya Rao at 111 Continental Drive, Suite 102, Newark, Delaware 19713.

                              **JACOBS & CRUMPLAR, P.A.**

                               _/s/ Patrick C. Gallagher_____
                              Patrick C. Gallagher, Esq. (DE Bar 5170)
                              750 Shipyard Drive, Suite 200
                              Wilmington, DE  19801
                              (t) (302) 656-5445
                              (f) (302) 656-5875
DATE:  July 9, 2020          *Attorney for Plaintiff*

EFiled:  Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. N20C-07-___ |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELIVERY CIRCLE, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT PURSUANT TO 29 U.S.C. § 216(b)**

I, Jarrod Wachowski, hereby consent to be a Plaintiff in a lawsuit filed pursuant to, among

other things, the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

_____

JARROD WACHOWSKI

EFiled: Sep 10 2020 02:17PM EDT
Transaction ID 65919264
Case No. N20C-07-085 FJJ

EFiled: Jul 09 2020 02:30PM EDT
Transaction ID 65756851
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |
|---|---|
| JARROD WACHOWSKI, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DELIVERY CIRCLE, LLC, a Delaware | ) |
| limited liability company, | ) |
|  | ) |
| Defendant. | ) |

C.A. N20C-07-___

JURY TRIAL DEMANDED

### PRAECIPE

TO:    Lisa Gonzalez, Prothonotary
       Leonard L. Williams Justice Center
       500 north King Street
       Wilmington, DE  19801

Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint upon Defendant Delivery Circle, LLC, by serving its

registered agent, Vijaya Rao at 111 Continental Drive, Suite 102, Newark, Delaware 19713.

**JACOBS & CRUMPLAR, P.A.**

/s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE Bar 5170)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) (302) 656-5445
(f) (302) 656-5875
*Attorney for Plaintiff*

DATE: July 9, 2020

Writ Issued

**EFiled:  Sep 17 2020 12:46PM EDT**
**Transaction ID 65940920**
**Case No. N20C-07-085 FJJ**



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

9/17/2020

**NON EST INVENTUS**

**Court Case # N20C-07-085 FJJ**
Sheriff # 20-004484

Summons and Complaint

## JARROD WACHOWSKI
### vs
## DELIVERY CIRCLE, LLC, A DELAWARE LIMITED LIABILITY COMPANY

By virtue of this writ I have made diligent search for the within-named DELIVERY CIRCLE, LLC and for his/her/its last and usual place of abode/location, VIJAYA RAO 111 CONTINENTAL DRIVE SUITE 102 NEWARK, DE 19713 with and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service.

On Date: 9/15/2020 @ 10:33 AM - VIJAYA RAO 111 CONTINENTAL DRIVE SUITE 102 NEWARK, DE 19713
Attempted By: Robert Setting
Service Type: Non Est Inventus
Notes: MAINTENANCE SUPERVISOR FOR DELLE DONNE ADVISED THAT DEF AND HIS BUSINESS NO LONGER HAVE AN OFFICE AT THIS LOCATION.  NON EST  RJS

Fees Paid:  $30.00

Per:  Deputy Sheriff, Robert Setting

SO ANS;

SHERIFF

PER Dianne Roy

EFiled:  Oct 01 2020 04:49PM EDT
Transaction ID 65982509
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JARROD WACHOWSKI,            )
                            )
       Plaintiff,           )
                            )      C.A. N20C-07-___
      v.               )
                            )      JURY TRIAL DEMANDED
DELIVERY CIRCLE, LLC, a Delaware  )
limited liability company,      )
                            )
       Defendant.     )

### ALIAS PRAECIPE

TO:   Lisa Gonzalez, Prothonotary
       Leonard L. Williams Justice Center
       500 north King Street
       Wilmington, DE  19801

Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint upon Defendant Delivery Circle, LLC, by serving its

registered agent, Vijaya Rao at 200 Continental Drive, Suite 401, Newark, Delaware 19713.

JACOBS & CRUMPLAR, P.A.

 /s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE Bar 5170)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) (302) 656-5445
(f) (302) 656-5875
DATE:  October 1, 2020           *Attorney for Plaintiff*

EFiled:  Oct 01 2020 04:49PM EDT
Transaction ID 65982509
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. N20C-07-___ |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELIVERY CIRCLE, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**ALIAS SUMMONS**

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose address is 750 Shipyard Dr., Suite 200, Wilmington, DE 19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: _____

_____
Prothonotary Lisa Gonzalez

_____
Per Deputy

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service of hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: _____

_____
Prothonotary Lisa Gonzalez

_____
Per Deputy

**EFiled:  Oct 01 2020 04:49PM EDT**
**Transaction ID 65982509**
**Case No. N20C-07-085 FJJ**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. N20C-07-___ |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELIVERY CIRCLE, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

 Please take notice that the **Alias Praecipe** and **Alias Summons** were served on October 1, 2020

upon the following via regular mail:

Delivery Circle, LLC, by serving its registered agent, Vijaya Rao at 200 Continental Drive, Suite

401, Newark, Delaware 19713.

**JACOBS & CRUMPLAR, P.A.**

 /s/ Patrick C. Gallagher
Patrick C. Gallagher, Esq. (DE Bar 5170)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) (302) 656-5445
(f) (302) 656-5875

DATE:  October 1, 2020                           *Attorney for Plaintiff*

EFiled: Oct 14 2020 12:34PM EDT
Transaction ID 66019819
Case No. N20C-07-085 FJJ

EFiled: Oct 01 2020 04:49PM EDT
Transaction ID 65982509
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JARROD WACHOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. N20C-07-___ |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| DELIVERY CIRCLE, LLC, a Delaware | ) |
| limited liability company, | ) |
| | ) |
| Defendant. | ) |

### ALIAS PRAECIPE

TO:   Lisa Gonzalez, Prothonotary
      Leonard L. Williams Justice Center
      500 north King Street
      Wilmington, DE  19801

Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint upon Defendant Delivery Circle, LLC, by serving its

registered agent, Vijaya Rao at 200 Continental Drive, Suite 401, Newark, Delaware 19713.


                              JACOBS & CRUMPLAR, P.A.

                               /s/ Patrick C. Gallagher
                              Patrick C. Gallagher, Esq. (DE Bar 5170)
                              750 Shipyard Drive, Suite 200
                              Wilmington, DE  19801
                              (t) (302) 656-5445
                              (f) (302) 656-5875
DATE:  October 1, 2020        *Attorney for Plaintiff*



(1) WRIT ISSUED
NCC ✓ # 97593 $30.00



**EFiled: Oct 27 2020 01:56PM EDT**
**Transaction ID 66057103**
**Case No. N20C-07-085 FJJ**



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

10/27/2020

**Court Case # N20C-07-085 FJJ**
Sheriff # 20-004484

### JARROD WACHOWSKI
#### vs
### DELIVERY CIRCLE, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Robert Setting, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served DELIVERY CIRCLE, LLC by leaving upon JAMONICA WILLIAMS, ADMIN ASSISTANT  at VIJAYA RAD 200 CONTINENTAL DRIVE SUITE 401 NEWARK, DE 19713 , on 10/22/2020 at 8:34 AM a copy of ALIAS Summons and Complaint.

Fees Paid:  $30.00

Per Deputy Sheriff, Robert Setting

SO ANS;

SHERIFF

Per   Diane Baker

EFiled: Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| JARROD WACHOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. N20C-07-085 FJJ |
| v. ) | |
| ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a ) | JURY TRIAL DEMANDED |
| Delaware Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendants, ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT DELIVERY CIRCLE, LLC**

Plaintiff Jarrod Wachowski, by and through counsel, Jacobs & Crumplar, P.A., and pursuant to Rule 55, moves for default judgment against Defendant Delivery Circle, LLC, a Delaware Limited Liability Company for the reasons set forth herein:

1.     This case was filed on July 9, 2020 (D.I. 1).  Defendant Delivery Circle, LLC, a Delaware Limited Liability Company ("Defendant Delivery Circle") was served via substitute service on an administrative assistant by the New Castle County Sheriff's office on October 22, 2020 (D.I. 6).

2.     Pursuant to Rule 12 of the Superior Court Rules of Civil Procedure, a Defendant must plead or otherwise defend within twenty (20) days from the date of

1

service.    Accordingly, Defendant Delivery Circle was required to plead or otherwise defend in this action on or before November 12, 2020, respectively.

3.    To date, Plaintiff's counsel has not received any response from Defendant Delivery Circle or an attorney representing Defendant Delivery Circle. As the Court is aware, Defendant Delivery Circle has not filed an Answer.

4.    On November 16, 2020, Plaintiff sent Defendant Delivery Circle a letter indicating Defendant had until December 11, 2020 to file an Answer or responsive pleading or Plaintiff would file a Motion for Default Judgement. This letter, although addressed to the address where Defendant Delivery Circle was served, was returned undeliverable.  The letter was sent via certified mail, return receipt requested.  (Ex. A.)

5.    On December 23, 2020, Plaintiff sent Defendant Delivery Circle a letter to a different address, found on the Defendant's web site, indicating Defendant had until January 15, 2021 to file an Answer or responsive pleading or Plaintiff would file a Motion for Default Judgment. This letter was sent via certified mail, return receipt requested. The green card return receipt was received by Plaintiff's Attorney on January 4, 2021.[1]  (Ex. B.)

---

[1] It is undersigned's understanding that, during the COVID-19 pandemic, the mail carrier is signing the green card when he/she delivers the letter to the recipient.

6.     More than sufficient time has now elapsed since Defendant was served with Plaintiff's Complaint.  Defendant Delivery Circle has defaulted by not filing an Answer.

WHEREFORE Plaintiff Jarrod Wachowski respectfully requests this Court:

A.     Grant his Motion for Default Judgment Against Defendant Delivery Circle;

B.     Conduct an inquisition hearing regarding damages;

C.     Enter judgment in his favor;

D.     Award him pre- and post-judgment interest;

E.     Award him the costs of the action and attorney's fees; and

F.     Grant such other relief as the Court deems proper.

**JACOBS & CRUMPLAR, P.A.**

By:     */s/ Patrick Gallagher, Esquire*
Patrick Gallagher, DE #5170
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
Date: January 19, 2021          *Attorney for Plaintiff*

EFiled:  Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. N20C-07-085 FJJ |
| v. | ) | |
| | ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a | ) | JURY TRIAL DEMANDED |
| Delaware Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendant, | ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DERAULT JUDGMENT AGAINST <u>DEFENDANT DELIVERY CIRCLE, LLC</u>

**UPON CONSIDERATION** of Plaintiff's Motion for Default Judgment Against Defendant Delivery Circle, LLC, and any Response(s) thereto, it is **ORDERED** this ___, day of _____, 2021 that Plaintiff's Motion for Default Judgment Against Defendant Delivery Circle, LLC, is **GRANTED**. An inquisition hearing shall be scheduled by the Court. Plaintiff shall be awarded damages, costs, pre- and post-judgment interest, and attorneys' fees as determined by the Court.

**IT IS SO ORDERED.**

_____
Honorable Francis J. Jones
Judge, Superior Court

EFiled: Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. N20C-07-085 FJJ |
| v. | ) | |
| | ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a Delaware | ) | JURY TRIAL DEMANDED |
| Limited Liability Company, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Patrick Gallagher, certify that the attached Plaintiff's Motion for Default Judgment

Against Defendant Delivery Circle, LLC, and a Notice of Motion for the same were served via

U.S. Mail (2 copies – one by regular first class mail, postage pre-paid, and one by certified mail,

return receipt requested) upon the following this 19th day of January 2021:

> Delivery Circle, LLC
> 2039 Philadelphia Pike, #8645
> Claymont, Delaware 19703

**JACOBS & CRUMPLAR, P.A.**

By: */s/ Patrick Gallagher, Esquire*
Patrick Gallagher, DE #5170
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
*Attorney for Plaintiff*

Date: January 19, 2021

EFiled:  Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ



**Jacobs &
Crumplar**, P.A.

**Attorneys at Law**
www.jcdelaw.com

750 Shipyard Drive, Suite 200          28412 DuPont Blvd., Suite 104
Wilmington, DE 19801                   Millsboro, DE 19966
(302) 656-5445                         (302) 934-1234
(302) 656-5875 (fax)                   (302) 934-5143 (fax)

November 16, 2020

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Delivery Circle, LLC
Attention:  Vijaya Rao
200 Continental Drive, Suite 401
Newark, DE  19713

Re:   ***Jarrod Wachowski v. Delivery Circle, LLC***
      **C.A. No. N20C-07-085 FJJ**

Dear Mr. Rao:

I represent Jarrod Wachowski with respect to claims against Delivery Circle, LLC.  The lawsuit was filed on July 9, 2020, and the docket reflects that you were served on behalf of Delivery Circle, LLC, on October 22, 2020.  Delaware's Rules of Civil Procedure provide your organization with 20 days (from the date of service) to file an Answer or responsive pleading.  By my calculations, that 20-day period expired on November 12, 2020.  No Answer or responsive pleading has been filed, nor have I heard from an attorney on behalf of Delivery Circle, LLC.  If I do not hear from an attorney on behalf of Delivery Circle, LLC, prior to Friday, December 11, 2020, I will file a Motion for Default Judgment against Delivery Circle, LLC.  If you have in-house counsel, please forward this to that individual.

Best Regards,

Patrick C. Gallagher

cc:   Jarrod Wachowski (via email only)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.50 |
| Certified Fee | | 3.55 |
| Return Receipt Fee (Endorsement Required) | | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.90 |

Postmark Here    NOV 10 2020

Sent To Delivery Circle LLC Attn: Vijaya Rao
Street, Apt. No.; or PO Box No. 200 Continental Dr, Ste 401
City, State, ZIP+4 Newark, DE 19713

PS Form 3800, August 2006    See Reverse for Instructions

7009 0820 0000 0290 9096

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delivery Circle, LLC.
Attn: Vijaya Rao
200 Continental Dr, Ste 401
Newark, DE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 0820 0000 8984 6076

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Jacobs & Crumplar, P.A.
Attorneys at Law
28412 DuPont Blvd., Suite 104
Millsboro, DE 19966

CERTIFIED MAIL

7009 0820 0000 8984 6076

Delivery Circle, LLC
Attention: Vijaya Rao
200 Continen
Newark, DE

NAME
1ST NOTICE
2ND NOTICE
RETURN

19966>1227

UTF
BC: 19966122729

NIXIE    176   DC 1        0001/23/28

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

*1627-17148-16-37

$ 006.900
MAILED FROM ZIP CODE 19966

**EFiled:  Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ**



**Jacobs & Crumplar**, P.A.

**Attorneys at Law**
www.jcdelaw.com

750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
(302) 656-5875 (fax)

28412 DuPont Blvd., Suite 104
Millsboro, DE 19966
(302) 934-1234
(302) 934-5143 (fax)

December 23, 2020

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Delivery Circle, LLC
Attention:  Vijaya Rao
2039 Philadelphia Pike #8645
Claymont, DE  19703

      **Re:  *Jarrod Wachowski v. Delivery Circle, LLC*
        C.A. No. N20C-07-085 FJJ**

Dear Mr. Rao:

      I represent Jarrod Wachowski with respect to claims against Delivery Circle, LLC.  The lawsuit was filed on July 9, 2020, and the docket reflects that you were served on behalf of Delivery Circle, LLC, on October 22, 2020.  Delaware's Rules of Civil Procedure provide your organization with 20 days (from the date of service) to file an Answer or responsive pleading.  By my calculations, that 20-day period expired on November 12, 2020.  No Answer or responsive has been filed, nor have I heard from an attorney on behalf of Delivery Circle, LLC.  I attempted to send you a letter dated November 16, 2020, but that letter was returned as undeliverable.  If I do not hear from an attorney on behalf of Delivery Circle, LLC, prior to Friday, January 15, 2021, I will file a Motion for Default Judgement against Delivery Circle, LLC.  If you have an in-house counsel, please forward this to that individual.

                Best Regards,

                Patrick C. Gallagher



Jacobs &
Crumplar, P.A.
Attorneys at Law
28412 DuPont Blvd., Suite 104
Millsboro, DE 19966



7017 3380 0000 5272 3790

CERTIFIED MAIL



Delivery Circle, LLC
Attention: Vijaya Rao
2039 Philadelphia Pike #8645
Claymont, DE 19703

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delivery Circle, LLC
Attention: Vijaya Rao #8645
2039 Philadelphia Pike,
Claymont, DE 19703

9590 9402 6189 0220 6374 95

2. Article Number (Transfer from service label)
7017 3380 0000 5272 3790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delivery Circle, LLC
Attention: Vijaya Rao
2039 Philadelphia Pike, #8645
Claymont, DE 19703

9590 9402 6189 0220 6374 95

2. Article Number (Transfer from service label)

7017 3380 0000 5272 3790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

EFiled:  Jan 19 2021 01:24PM EST
Transaction ID 66266032
Case No. N20C-07-085 FJJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

|  |  |  |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. N20C-07-085 FJJ |
| v. | ) | |
| | ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a | ) | JURY TRIAL DEMANDED |
| Delaware Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT DELIVERY CIRCLE, LLC**

Plaintiff Jarrod Wachowski, by and through counsel, Jacobs & Crumplar, P.A., and pursuant to Rule 55, moves for default judgment against Defendant Delivery Circle, LLC, a Delaware Limited Liability Company for the reasons set forth herein:

1.     This case was filed on July 9, 2020 (D.I. 1).  Defendant Delivery Circle, LLC, a Delaware Limited Liability Company ("Defendant Delivery Circle") was served via substitute service on an administrative assistant by the New Castle County Sheriff's office on October 22, 2020 (D.I. 6).

2.     Pursuant to Rule 12 of the Superior Court Rules of Civil Procedure, a Defendant must plead or otherwise defend within twenty (20) days from the date of

1

service.    Accordingly, Defendant Delivery Circle was required to plead or otherwise defend in this action on or before November 12, 2020, respectively.

3.    To date, Plaintiff's counsel has not received any response from Defendant Delivery Circle or an attorney representing Defendant Delivery Circle. As the Court is aware, Defendant Delivery Circle has not filed an Answer.

4.    On November 16, 2020, Plaintiff sent Defendant Delivery Circle a letter indicating Defendant had until December 11, 2020 to file an Answer or responsive pleading or Plaintiff would file a Motion for Default Judgement. This letter, although addressed to the address where Defendant Delivery Circle was served, was returned undeliverable.   The letter was sent via certified mail, return receipt requested.  (Ex. A.)

5.     On December 23, 2020, Plaintiff sent Defendant Delivery Circle a letter to a different address, found on the Defendant's web site, indicating Defendant had until January 15, 2021 to file an Answer or responsive pleading or Plaintiff would file a Motion for Default Judgment. This letter was sent via certified mail, return receipt requested. The green card return receipt was received by Plaintiff's Attorney on January 4, 2021.[1]  (Ex. B.)

---

[1] It is undersigned's understanding that, during the COVID-19 pandemic, the mail carrier is signing the green card when he/she delivers the letter to the recipient.

6.      More than sufficient time has now elapsed since Defendant was served with Plaintiff's Complaint.  Defendant Delivery Circle has defaulted by not filing an Answer.

WHEREFORE Plaintiff Jarrod Wachowski respectfully requests this Court:

A.      Grant his Motion for Default Judgment Against Defendant Delivery Circle;

B.      Conduct an inquisition hearing regarding damages;

C.      Enter judgment in his favor;

D.      Award him pre- and post-judgment interest;

E.      Award him the costs of the action and attorney's fees; and

F.      Grant such other relief as the Court deems proper.

**JACOBS & CRUMPLAR, P.A.**

By:      */s/ Patrick Gallagher, Esquire*
Patrick Gallagher, DE #5170
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
Date: January 19, 2021      *Attorney for Plaintiff*

EFiled:  Jan 20 2021 10:57AM EST
Transaction ID 66268931
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. N20C-07-085 FJJ |
| v. | ) | |
| | ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a | ) | JURY TRIAL DEMANDED |
| Delaware Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendants, | ) | |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Plaintiff's Motion for Default

Judgment Against Defendant Delivery Circle, LLC, will be heard on February 9,

2021, at 9:30 a.m. via Zoom.

**JACOBS & CRUMPLAR, P.A.**

By:  */s/ Patrick Gallagher, Esquire*
Patrick Gallagher, DE #5170
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
*Attorney for Plaintiff*

Date: January 20, 2021

EFiled:  Jan 20 2021 10:57AM EST
Transaction ID 66268931
Case No. N20C-07-085 FJJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

|  |  |  |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. N20C-07-085 FJJ |
| v. | ) | |
| | ) | NON-ARBITRATION |
| DELIVERY CIRCLE, LLC, a Delaware | ) | JURY TRIAL DEMANDED |
| Limited Liability Company, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Patrick Gallagher, certify that the attached Amended Notice of Motion for Default Judgment was served via U.S. Mail (2 copies – one by regular first class mail, postage pre-paid, and one by certified mail, return receipt requested) upon the following this 20th day of January 2021:

>Delivery Circle, LLC
>2039 Philadelphia Pike, #8645
>Claymont, Delaware 19703

**JACOBS & CRUMPLAR, P.A.**

By:     */s/ Patrick Gallagher, Esquire*
Patrick Gallagher, DE #5170
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
*Attorney for Plaintiff*

Date: January 20, 2021

**EFiled:  Feb 05 2021 04:59PM EST**
**Transaction ID 66315036**
**Case No. N20C-07-085 FJJ**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JARROD WACHOWSKI,

      Plaintiff,

    v.                           C.A. No. N20C-07-085-FJJ

DELIVERY CIRCLE, LLC, a Delaware
limited liability company,

      Defendant.

## ENTRY OF APPEARANCE OF CHAD S.C. STOVER
## <u>ON BEHALF OF DEFENDANT</u>

Please enter the appearance of Chad S.C. Stover of Barnes & Thornburg LLP,

1000 N. West Street, Suite 1500, Wilmington, DE  19801, as counsel for Defendant

DeliveryCircle, LLC in the above-captioned matter.


Dated:  February 5, 2021          */s/  Chad S.C. Stover*
                              Chad S.C. Stover (No. 4919)
                              1000 N. West Street, Suite 1500
                              Wilmington, Delaware 19801
                              Tel.:  (302) 300-3474
                              Fax:  (302) 300-3456
                              Email:  chad.stover@btlaw.com

                              *Attorney for Defendant DeliveryCircle, LLC*

EFiled:  Feb 05 2021 04:59PM EST
Transaction ID 66315036
Case No. N20C-07-085 FJJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

JARROD WACHOWSKI,

      Plaintiff,

    v.                               C.A. No. N20C-07-085-FJJ

DELIVERY CIRCLE, LLC, a Delaware
limited liability company,

      Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February, 2021, I

caused a copy of the *Entry of Appearance of Chad S.C. Stover on Behalf of*

*Defendant* to be served on the following counsel of record by File & Serve Xpress:

        Patrick C. Gallagher
        Jacobs & Crumplar, P.A.
        750 Shipyard Drive, Suite 200
        Wilmington, DE 19801

Dated:  February 5, 2021        */s/  Chad S.C. Stover*
                                 Chad S.C. Stover (No. 4919)
                                 1000 N. West Street, Suite 1500
                                 Wilmington, Delaware 19801
                                 Tel.:  (302) 300-3474
                                 Fax:  (302) 300-3456
                                 Email:  chad.stover@btlaw.com

                                 *Attorney for Defendant DeliveryCircle, LLC*

EFiled:  Feb 19 2021 10:14AM EST
Transaction ID 66353723
Case No. N20C-07-085 FJJ

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARROD WACHOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N20C-07-085-FJJ |
| | ) | |
| DELIVERY CIRCLE, LLC, a, | ) | |
| Delaware limited liability company | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED ORDER] SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED by the parties that the appearance of Chad S.C. Stover, Esquire of the law firm Barnes & Thornburg LLP as counsel to defendant Delivery Circle, LLC is WITHDRAWN.

Jennifer C. Jauffret, Esquire, and Lori A. Brewington, Esquire of Richards, Layton & Finger, P.A., hereby enter their appearance as counsel for defendant Delivery Circle, LLC.


*/s/ Chad S.C. Stover*                          */s/ Jennifer C. Jauffret*
Chad S.C. Stover (#4919)             Jennifer C. Jauffret (#3689)
Barnes & Thornburg, LLP            Lori A. Brewington (#4522)
1000 N. West Street                   Richards, Layton & Finger, P.A.
Suite 1500                            920 North King Street
Wilmington, Delaware 19801       Wilmington, DE 19801
(302) 300-3474                      (302) 651-7700

*Withdrawing Counsel for Defendant*    *Appearing Counsel for Defendant*
*Delivery Circle, LLC*                   *Delivery Circle, LLC*

Dated:  February 19, 2021

SO ORDERED this _____ day of February, 2021.

_____
Francis J. Jones, Jr., Judge

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February, 2021, a copy of the foregoing document was served via *File & Serve Xpress* upon the following attorneys of record:

Patrick Gallagher
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)

**So Ordered**

/s/ Francis J Jones Jr   Feb 19, 2021

EFiled:  Feb 19 2021 02:56PM EST
Transaction ID 66355562
Case No. N20C-07-085 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JARROD WACHOWSKI,                        )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )     C.A. No. N20C-07-085-FJJ
                                         )
DELIVERY CIRCLE, LLC, a,                 )
Delaware limited liability company       )
                                         )
          Defendant.                     )


## STIPULATION AND [PROPOSED ORDER] SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED by the parties that the appearance of Chad S.C. Stover, Esquire of the law firm Barnes & Thornburg LLP as counsel to defendant Delivery Circle, LLC is WITHDRAWN.

Jennifer C. Jauffret, Esquire, and Lori A. Brewington, Esquire of Richards, Layton & Finger, P.A., hereby enter their appearance as counsel for defendant Delivery Circle, LLC.


*/s/ Chad S.C. Stover*                     */s/ Jennifer C. Jauffret*
Chad S.C. Stover (#4919)                   Jennifer C. Jauffret (#3689)
Barnes & Thornburg, LLP                    Lori A. Brewington (#4522)
1000 N. West Street                        Richards, Layton & Finger, P.A.
Suite 1500                                 920 North King Street
Wilmington, Delaware 19801                 Wilmington, DE 19801
(302) 300-3474                             (302) 651-7700

*Withdrawing Counsel for Defendant*        *Appearing Counsel for Defendant*
*Delivery Circle, LLC*                     *Delivery Circle, LLC*

Dated:  February 19, 2021

SO ORDERED this _____ day of February, 2021.

_____
Francis J. Jones, Jr., Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February, 2021, a copy of the foregoing document was served via *File & Serve Xpress* upon the following attorneys of record:

> Patrick Gallagher
> Jacobs & Crumplar, P.A.
> 750 Shipyard Dr., Suite 200
> Wilmington, DE  19801

<em>/s/ Lori A. Brewington</em><br>Lori A. Brewington (#4522)